# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-00014-01-CR-W-GAF |
| | ) | |
| SHARIF KARIE, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On August 29, 2018, the Grand Jury returned a thirty-count Second Superseding Indictment charging Defendant Sharif Karie with conspiracy, theft of public funds, three-counts of aggravated identity theft, three counts of wire fraud, 15 counts of money laundering six counts of mail fraud, and false statements to a government agency. Furthermore, the Second Superseding Indictment contains allegations of criminal forfeiture.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
> Government: Rudolph Robert Rhodes, IV & Kathleen D. Mahoney
> Case Agent: Peter Blackburn (OIG, HHS) & Amy Kanakares (OIG, HUD)
> Defense: David Guastello

**OUTSTANDING MOTIONS**:

| 12/14/2018 | view51 | MOTION to Dismiss Count(s) Thirty (30) of the Second Superseding Indictment by USA as to Sharif Karie. Suggestions in opposition/response due by 12/28/2018 unless otherwise directed by the court. (Rhodes, Rudolph) (Entered: 12/14/2018) |
|---|---|---|

**TRIAL WITNESSES**:
> Government: 15 with stipulations; 18 without stipulations
> Defendants: 10 witness, may include the Defendant

**TRIAL EXHIBITS**
> Government: 75
> Defendant: 25

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Likely for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:   3 days total**
Government's case including jury selection: 2 days
Defense case: 1 day

**STIPULATIONS**: The Government is proposing a business records stipulation and an interstate wire stipulation.

**UNUSUAL QUESTIONS OF LAW:**  none anticipated

**FILING DEADLINES:**

**Witness and Exhibit List** (per the Scheduling and Trial Order, all Witness and Exhibit Lists were due thirty days prior to trial)

Government: (none filed) **Due on or before December 24, 2018**
**CVs for any expert witnesses due on or before December 24, 2018**
Defense:  (none filed) **Due on or before December 24, 2018**

 **Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, January 2, 2019.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before January 2, 2019**

**TRIAL SETTING**: Criminal jury trial docket set for January 7, 2019.

**Please note:** Defense counsel would prefer the first week.  Government is available both weeks.

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge